| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
CIT Bank, N.A., formerly known as One West Bank
N.A., formerly known as One West Bank, FSB

In Re:
    White, Doris

    White, Lincoln

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   16-16766 CMG

Chapter: 13

Hearing Date: September 20, 2017
Judge: Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 20, 2017**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

[Type text]

Upon the motion of <u>CIT Bank, N.A., formerly known as One West Bank N.A., formerly known as One West Bank, FSB</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 8, Block 193.01,    116 Honeysuckle Drive, Ewing Township,  NJ 08638**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                                  Case No. 16-16766-CMG
Lincoln White                                                           Chapter 13
Doris White
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 21, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db/jdb         +Lincoln White,    Doris White,    116 Honeysuckle Drive,    Trenton, NJ 08638-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., formerly known as One West Bank N.A.,
               formerly known as One West Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Donald    Quigley    on behalf of Debtor Lincoln   White lawoffices@quigleyfayette.com,
               donaldquigley.dq@gmail.com
              Donald    Quigley    on behalf of Joint Debtor Doris   White lawoffices@quigleyfayette.com,
               donaldquigley.dq@gmail.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka
               OneWest Bank, FSB nj_ecf_notices@buckleymadole.com
              Kevin C. Fayette    on behalf of Debtor Lincoln   White lawoffices@quigleyfayette.com
              Kevin C. Fayette    on behalf of Joint Debtor Doris   White lawoffices@quigleyfayette.com
              Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 11
```