Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−16766−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lincoln White
116 Honeysuckle Drive
Trenton, NJ 08638

Doris White
116 Honeysuckle Drive
Trenton, NJ 08638

Social Security No.:
   xxx−xx−0422                                                  xxx−xx−3387

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 13, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 13, 2018
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lincoln White  
Doris White  
     Debtors

Case No. 16-16766-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Mar 13, 2018  
                       Form ID: 148     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.

```
db/jdb         +Lincoln White,    Doris White,   116 Honeysuckle Drive,   Trenton, NJ 08638-1841
cr             +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +SANTANDER BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
516308806      +Bank of America, N.A.,   P O Box 982284,    El Paso, TX 79998-2284
516267316      +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516294966      +Emerg Phy Assoc of S.Jersey,Pc,    6681 Country Club Drive,   Golden Valley MN 55427-4601
516108915      +Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
516108916      +One West Bank Mortgage Servicing,    P.O. Box 4045,   Kalamazoo, MI 49003-4045
516108917      +Parker McCay, P.A.,    9000 Midlantic Drive, Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
516233955      +SANTANDER BANK, N.A.,    SANTANDER BANK, N.A.,    ATTN: BANKRUPTCY DEPT.,    MC: 10-6438-FB4,
                 601 PENN STREET,    READING PA 19601-3544
516108918      +Santander Bank, N.A.,    Mail Code 10-6438-MA4,    601 Penn Street,    Reading, PA 19601-3563
516108919      +Sears,   PO BOX 78051,    Phoenix, AZ 85062-8051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2018 23:19:09     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2018 23:19:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: EBN_Notifications@OWB.com Mar 13 2018 23:19:03     ONE WEST BANK FSB,
                 c/o CIT BANK,    ATTN: Jeronimo Carrillo,    2900 Esperanza Crossing, CITB-4,
                 Austin, TX 78758-3658
516108913       EDI: BANKAMER.COM Mar 14 2018 02:58:00     Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
516343558      +EDI: BASSASSOC.COM Mar 14 2018 02:58:00     Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516108914      +EDI: DISCOVER.COM Mar 14 2018 02:58:00     Discover,    PO Box 71084,    Charlotte, NC 28272-1084
516126408       EDI: DISCOVER.COM Mar 14 2018 02:58:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516322244       EDI: RESURGENT.COM Mar 14 2018 02:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516346123       EDI: PRA.COM Mar 14 2018 02:58:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,   Norfolk VA 23541
516239101      +EDI: WFFC.COM Mar 14 2018 02:58:00     Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
516108921      +EDI: WFFC.COM Mar 14 2018 02:58:00     Wells Fargo Bank, N.A.,    PO BOX 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516108920        Wachovia
516340591*     +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Mar 13, 2018
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., formerly known as One West Bank N.A.,
               formerly known as One West Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka
               OneWest Bank, FSB NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Kevin C. Fayette    on behalf of Joint Debtor Doris   White kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Debtor Lincoln   White kfayette@kevinfayette.com
              Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                           TOTAL: 9
```