| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Lincoln White<br>Doris White<br><br><br><br>Debtor(s) |

Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-16766 / CMG

Chapter 13

Hearing Date: 03/07/2018  at 9:00 AM

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:  
Lincoln White  
Doris White  
    Debtors

Case No. 16-16766-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 13, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
db/jdb         +Lincoln White,    Doris White,    116 Honeysuckle Drive,    Trenton, NJ 08638-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:

       Albert    Russo     docs@russotrustee.com  
       Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Andrew L. Spivack     on behalf of Creditor     SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
       Denise E. Carlon     on behalf of Creditor     CIT Bank, N.A., formerly known as One West Bank N.A.,    formerly known as One West Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Francesca Ann Arcure     on behalf of Creditor     CIT Bank, N.A., fka OneWest Bank, N.A., fka    OneWest Bank, FSB NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
       Kevin C. Fayette     on behalf of Joint Debtor Doris    White kfayette@kevinfayette.com  
       Kevin C. Fayette     on behalf of Debtor Lincoln    White kfayette@kevinfayette.com  
       Michael Frederick Dingerdissen     on behalf of Creditor     SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
       William M.E. Powers, III     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                          TOTAL: 9